ORIGINAL

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| STEVEN LEE BATCHELDER,<br><br>    Petitioner,<br><br>vs.<br><br>ALBERTO GONZALEZ, Attorney General, United States of America, and CONDOLEEZA RICE, Secretary of State, United States of America,<br><br>    Respondents. | Case No. 4:07cv330 SPM/WCS |

### PETITION FOR WRIT OF HABEAS CORPUS

STEVEN LEE BATCHELDER, by and through undersigned counsel, makes this application for a writ of habeas corpus, in accordance with 28 U.S.C. § 2241, and as grounds states:

1. The Petitioner is in the custody of the Federal Detention Center, Tallahassee, in the Northern District of Florida, in violation of the Constitution and the laws/treaties of the United States, pursuant to an order certifying the Petitioner's extradition to Canada.

2. The Court has jurisdiction to issue a writ of habeas corpus pursuant to 28 U.S.C. § 2241. No other remedy from the order of extradition exists. *See Yapp v. Reno*, 26



2007 JUL 30 PM 3: 55

FILED

F.3d 1562, 1565 (11th Cir. 1994)(noting authority of district court to conduct habeas corpus review of magistrate judge's certification of extradibility).

3. The facts giving rise to this petition are as follows:

a. On August 23, 2006, the United States Government (acting on behalf of the Government of Canada) sought and obtained a criminal complaint pursuant to 18 U.S.C. § 3184. (Doc 1).[1] In the affidavit filed in support of the complaint, the United States Government (hereinafter "Government") alleged that the Petitioner was charged with having committed criminal offenses in Canada. (Doc 2). On February 21, 2007, the Government filed, on behalf of Canada, a request for extradition. (Doc 15).

b. On June 21, 2007, the Magistrate Judge conducted an extradition hearing pursuant to 18 U.S.C. § 3184. At the hearing, the Petitioner opposed extradition on two grounds: (1) a double jeopardy violation in regards to the dual criminality requirement of the first two crimes for which the Government sought extradition (abduction of a person under fourteen years of age and unlawful confinement) and (2) the Government's failure to establish dual criminality and/or probable cause for the invitation to sexual touching alleged offense. The Petitioner also argued that the Magistrate Judge applied an improper probable cause standard at the extradition hearing.

c. On June 25, 2007, the Magistrate Judge signed an order certifying the extraditability of the Petitioner. (Doc 42). In the order, the Magistrate Judge denied the

---

[1] The document citations refer to the documents filed in case number 4:06mj136-WCS.

Petitioner's request that the order be stayed pending the resolution of the instant petition.[2]

4. As explained in the accompanying memorandum of law, the Petitioner submits that the Magistrate Judge erred by extraditing him on some/all of the offenses alleged by the Government of Canada.

WHEREFORE, the Petitioner respectfully requests the Court to grant his petition. The Petitioner requests the Court to set a briefing schedule directing the Government to respond to the instant petition and allowing the Petitioner the opportunity to file a reply. All appropriate relief is hereby requested.

                                                                Respectfully submitted,

                                                                */s/*

MICHAEL UFFERMAN
Michael Ufferman Law Firm, P.A.
2022-1 Raymond Diehl Road
Tallahassee, Florida 32308
(850) 386-2345/fax (850) 224-2340
FL Bar No. 114227
ufferman@uffermanlaw.com

Counsel for Mr. **BATCHELDER**

---

[2] The Petitioner has filed a separate motion for stay with this Court. (Doc 43). The motion is currently pending.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing instrument has been furnished to:

    Assistant United States Attorney Robert O. Davis
    111 North Adams Street, Suite 400
    Tallahassee, Florida 32301

by U.S. mail delivery this 30th day of July, 2007;

    Alberto Gonzalez, Attorney General
    United States Department of Justice
    950 Pennsylvania Avenue, NW
    Washington, DC 20530

by U.S. mail delivery this 30th day of July, 2007;

    Condoleezza Rice, Secretary of State
    United States Department of State
    2201 C Street, NW
    Washington, D.C. 20520

by U.S. mail delivery this 30th day of July, 2007.

                                          MICHAEL UFFERMAN
                                          Michael Ufferman Law Firm, P.A.
                                          2022-1 Raymond Diehl Road
                                          Tallahassee, Florida 32308
                                          (850) 386-2345/fax (850) 224-2340
                                          FL Bar No. 114227
                                          ufferman@uffermanlaw.com

                                          Counsel for Mr. **BATCHELDER**

xc:    Steven Lee Batchelder