IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**STEVEN LEE BATCHELDER,**

    Petitioner,

vs.                                      Case No. 4:07cv330-SPM/WCS

**ALBERTO GONZALEZ, Attorney General,**
**United States of America, and**
**CONDOLEEZZA RICE, Secretary of State,**
**United States of America,**

    Respondents.

_____/

### ORDER OF RECUSAL

This petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2241, seeks review by the district judge of my order granting extradition in <u>In re Batchelder</u>, 4:06mj136-WCS.  While I am usually assigned all § 2241 petitions filed in this division to prepare a report and recommendation for the district judge, there is an appearance of impropriety here, if not an actual conflict, for me to review my own decision.

Accordingly, it is **ORDERED** that:

1.  I recuse myself from this case.

2.  The Clerk is **DIRECTED** to refer this petition to another magistrate judge in this district.

3.  The Clerk is **DIRECTED** to correct the spelling of the Secretary of State's first name in the style of this case.  It is correctly spelled in this order.

**DONE AND ORDERED** on August 2, 2007.


    s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**