**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**BATCHELDER**

v.                                                              Case No.:  4:07cv330-SPM-AK

**GONZALEZ, et al.**
_____/

**Government's Notice of Request to Grant Stay
In a Related Case**

On July 30, 2007, Steven Lee Batchelder filed a petition for writ of habeas corpus in this case seeking review of the June 25, 2007 order of certification by Magistrate Judge William C. Sherrill concerning the extradition of Steven Lee Batchelder to Canada.  Doc. 1.  Prior to filing this petition for habeas corpus, petitioner filed a motion to stay Judge Sherrill's order certifying his extradition in the underlying extradition proceeding.  *In the Matter of the Extradition of Steven Lee Batchelder*, 4:06mj136, doc. 43.  That motion to stay Judge Sherrill's order was referred to Senior Judge Robert L. Hinkle on July 3, 2007.

In light of the filing of the habeas corpus petition in this matter, the government has filed a pleading in the related case of *In the Matter of the Extradition of Steven Lee Batchelder*, 4:06mj136, asking that the Court grant the motion for stay pending the conclusion of habeas corpus review in this matter.  While the government recognizes that the filing of a petition for habeas corpus arguably tolls the time limits under 18 U.S.C. § 3188., *see Jimenez v. U.S. District*

*Court,* 84 S. Ct. 14, 18 (1963) (two month period starts anew from conclusion of review of extradition order), the government believes that the record in the related case would be clearer, and the interest of the parties would be better served, if the stay in that case were granted pending the resolution of the habeas corpus petition in this matter.

The government files this notice to ensure that this Court is advised of these circumstances.

Respectfully submitted,

GREGORY R. MILLER
United States Attorney

  s/ Robert O. Davis
ROBERT O. DAVIS
Assistant United States Attorney
D.C. Bar No. 250274
111 North Adams Street, 4th Floor
Tallahassee, Florida, FL 32301
(850) 942-8430

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to Michael Robert Ufferman, Michael Ufferman Law Firm, P.A., 2022-1 Raymond Diehl Road, Tallahassee, Florida 32308.

   s/ Robert O. Davis
Robert O. Davis
Assistant United States Attorney