IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN LEE BATCHELDER,

    Petitioner,

v.                                           CASE NO. 4:07-cv-00330-SPM-AK

ALBERTO GONZALEZ,
CONDOLEEZZA RICE,

    Respondents.
_____/

## **O R D E R**

This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, and Doc. 2, supporting memorandum, filed by Steven Lee Batchelder.  Petitioner has paid the filing fee, and he is represented by counsel.  This cause was reassigned to the undersigned following recusal by the magistrate judge who ordered Petitioner's extradition in the first instance.  Doc. 4; *see also United States v. Batchelder*, Cause No. 4:06mj136-WCS.

The Court has reviewed the petition, and the Government will be required to file an answer or other appropriate response.  Petitioner may respond to the Government's arguments within the time set by this order, but he is not required to do so.

Upon receipt of the Government's arguments and Petitioner's response, if any, the Court will review the file to determine whether an evidentiary hearing is required.  If an evidentiary hearing is not required, the Court will dispose of the petition as justice requires.

Accordingly, it is **ORDERED**:

1.  The clerk shall furnish a copy of Petitioner's § 2241 motion and this order to Respondents and the United States Attorney for this district, who shall file an answer or other appropriate pleading by **September 6, 2007**;

2.  Petitioner may file a reply no later than **October 9, 2007**;

3.  **Because the case appears time sensitive, no extensions of time will be granted**.

**DONE AND ORDERED** this *3rd* day of August, 2007.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**