IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN LEE BATCHELDER,

    Petitioner,

v.                                           CASE NO. 4:07-cv-00330-SPM-AK

ALBERTO GONZALEZ,
CONDOLEEZZA RICE,

    Respondents.
_____/

## **O R D E R**

This matter is before the Court on Doc. 11, Unopposed Motion to Stay Order of Certification (Extradition), by Steven Lee Batchelder. Having carefully considered the matter, the Court finds that the motion is well taken, and it is **GRANTED**. The Order of Certification issued in Cause No. 4:06mj136-WCS is hereby **STAYED** till further Order of the Court.

**DONE AND ORDERED** this 8th day of August, 2007.

                    *s/ A. KORNBLUM*
                    **ALLAN KORNBLUM**
                    **UNITED STATES MAGISTRATE JUDGE**