**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

4:07cv330

Sent To: US Atty
Street, Apt. No.; or PO Box No.: 111 N. Adams Street
City, State, ZIP+4: Tally, Fl 32301

PS Form 3800, June 2002    See Reverse for Instructions

7004 0750 0001 7105 6755

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney
111 N. Adams Street
Tallahassee, FL 32301

4:07cv330

2. Article Number (Transfer from se    7004 0750 0001 7105 6755

PS Form 3811 August 2001    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Kevin Jones
C. Date of Delivery: 8-14-07

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

FILED

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

102595-01-M-2509