UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STEVEN LEE BATCHELDER,

    VS                                            CASE NO.  4:07cv330 SPM/AK

ALBERTO GONZALEZ, Attorney
General, United States of America, and
CONDOLEEZZA RICE, Secretary of
State, United States of America,

### JUDGMENT

Pursuant to and at the direction of the Court, it is

ORDERED AND ADJUDGED that the Petitioner take nothing and that this action be DISMISSED.

                                                     WILLIAM M. McCOOL, CLERK OF COURT

                                                     s/Blair K. Patton

 March  19, 2008
DATE                                  Deputy Clerk: Blair Patton